Michael Yesk (SB#130056)
70 Doray Dr., Suite 16
Pleasant Hill, CA 94523
510-909-9700
yesklaw@gmail.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY HOON SHIN AND HYESOOK SHIN,<br><br>Plaintiffs<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WAMU MORTGAGE PASS THROUGH CERTIFICATES SERIES WAMU 2005-AR3; and JP MORGAN CHASE BANK, N.A.<br><br>Defendants | Case No.: C12-01239 JCS<br><br>SUBSTITUTION OF ATTORNEY |

The Court and all Parties are notified that Plaintiffs Jay Hoon Shin and Hyesook Shin make the following substitution:

Former Legal Counsel: Michael Yesk.

New Legal Counsel: Jay Hoon Shin and Hyesook Shin, in pro per, 18980 Mt. Lassen Drive, Castro Valley, California, 94552, 510-415-4623.

I consent to this substitution. _____ Date: 6/8/2012
Jay Hoon Shin

I consent to this substitution. _____ Date: 6/8/2012
Hyesook Shin

SUBSTITUTION OF ATTORNEY - 1

1  DATED: June 8, 2012      
2                            Michael Yesk
3
4
5  Dated: June 11, 2012
                             

PROOF OF SERVICE

I am employed in the City of Pleasant Hill in the County of Contra Costa, State of California. I am over the age of 18 and not a party to the within action. My address is 70 Doray Dr., Suite 16, Pleasant Hill, California 94523.

On June 9, 2012, I served the following documents by placing a true copy thereof in a sealed envelope(s) on the persons below as follows:

**SUBSTITUTION OF ATTORNEY**

**Jay Hoon Shin and Hyesook Shin**
**18980 Mr. Lassen Dr.**
**Castro Valley, CA 94552**

Bank of America, N.A., as Trustee
C/O CT Corporation System, 818 W. Seventh St.
Los Angeles CA 90017

JP Morgan Chase Bank, N.A.
C/O CT Corporation System, 818 W. Seventh St.
Los Angeles CA 90017

Mail: I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Post Office, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county in which the mailing

occurred. The envelope was placed in the mail in Pleasant Hill, CA.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct of my own knowledge.

Executed on June 9, 2012 at Pleasant Hill, CA.

_____
Michael Yesk

COMPLAINT TO QUIET TITLE - 1 PROOF OF SERVICE