UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY HOON SHIN, ET AL., | Case No. C-12-01239 JCS |
| Plaintiff(s), | |
| v. | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| BANK OF AMERICA, NATIONAL ASSOCIATION, ET AL., | |
| Defendant(s). | |

Following a case management conference held on **June 27, 2012,**

IT IS HEREBY ORDERED THAT:

1. An updated joint case management conference statement shall be due by July 20, 2012.

2. A further case management conference is set for **July 27, 2012, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: July 2, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge

cmcpto 6-28-12.wpd