

Joseph Poppen
Direct: (415) 675-3470
Fax:  (415) 675-3670

Bryan Cave LLP
333 Market Street, 25th Floor
San Francisco, CA 94105
Tel (415) 675-3400
Fax (415) 675-3434
www.bryancave.com

July 26, 2012

**E-FILED**

Magistrate Judge Joseph C. Spero
USDC – NORTHERN DISTRICT OF CALIFORNIA
San Francisco Courthouse, Department A
450 Golden Gate Avenue, San Francisco, CA 94102

    Re:   ***Jay Hoon Shin v. Bank of America, et al.***
           USDC – N.D. Case No. C12-01239 JCS

Dear Judge Spero:

I write as counsel for JPMorgan Chase Bank, N.A., sued in the filed Complaint in the Northern District of California against Bank of America and other defendants.

Counsel is aware of the Magistrate's notes and requirement of the 1 week deadline for requesting a telephonic appearance. Counsel asks the Court to allow me to appear telephonically for the Case Management Conference scheduled July 27, 2012, at 1:30 p.m.

On **July 27, 2012, at 1:30 p.m.** or soon after as the matter may be heard, Counsel can be reached at:

**Bryan Cave LLP**
**415-675-3470**

Bryan Cave Offices
Atlanta
Boulder
Charlotte
Chicago
Colorado Springs
Dallas
Denver
Frankfurt
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
London
Los Angeles
New York
Paris
Phoenix
San Francisco
Shanghai
Singapore
St. Louis
Washington, DC

Bryan Cave
International Consulting
A TRADE AND CUSTOMS CONSULTANCY
www.bryancaveconsulting.com
Bangkok
Beijing
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo

Very truly yours,

/s/ Joseph Poppen

Joseph Poppen

IT IS HEREBY ORDERED THAT Mr. Poppen shall be on phone standby beginning at 1:30 PM and await the Court's call.

Dated: July 26, 2012

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]*

N007601/95543.1